UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV12-06305 JAK (SHx) | Date | November 7, 2012 |
|---|---|---|---|
| Title | Skyline Vista Equities, LLC v. Bradley Shechtman, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Andrea Keifer | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION   **JS-6**

On March 21, 2012, Skyline Vista Equities, LLC ("Plaintiff") filed an unlawful detainer action against Bradley Shechtman ("Defendant") in the Superior Court seeking possession of the property located at 6236 Langdon Ave., Van Nuys, California. Compl. ¶ 8, Notice of Removal, Dkt. 2. Defendant removed the action to this Court on July 23, 2012. Dkt. 1. However, both parties had previously stipulated to a judgment in this matter in the Superior Court on June 8, 2012. Dkt. 9. Plaintiff obtained possession of the property and the judgment has been fully satisfied. Decl. Chandra ¶ 5, Dkt. 15. Therefore, there was no action to remove because judgment had already been entered in the Superior Court prior to removal. For the foregoing reasons, the matter is dismissed.

**IT IS SO ORDERED.**

 :

Initials of Preparer   ak